In the Matter of The Board of Street Opening, Relative to One Hundred and Twenty-eighth Street in the City of New York.

D. J. Yuengling Brewing Company and The Third Avenue Railroad Company, Appellants.

Reported below, 82 Hun, 580.
(Argued March 2, 1896; decided March 13, 1896.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term confirming a report of commissioners of estimate and assessment in this proceeding, and denying a motion by appellants for its discontinuance.

*Louis Marshall* for appellants.

*David J. Dean* for respondent.

Order affirmed on the main proposition discussed in Judge O'Brien's opinion below, with costs.
All concur.

---

William E. D. Stokes, Respondent, *v.* Edward S. Stokes, Appellant.

Reported below, 11 Misc. Rep. 716.
(Argued March 2, 1896; decided March 13, 1896.)

Appeal from order of the General Term of the Superior Court of the city of New York, made April 1, 1895, which denied a motion to vacate a General Term order and judgment overruling exceptions, and directed a judgment to be entered in favor of plaintiff.

*Esek Cowen* for appellant.

*Benjamin F. Tracy* for respondent.

Order affirmed, with costs; no opinion.
All concur, except Andrews, Ch. J., and Gray, J., dissenting; Vann, J., not voting.